UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CATHY HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOMET, INC., BIOMET, INC. d/b/a ZIMMER )<br>BIOMET, ZIMMER BIOMET HOLDINGS, )<br>INC., ZIMMER BIOMET HOLDINGS, INC. )<br>d/b/a ZIMMER BIOMET, ZIMMER, INC., )<br>ZIMMER, INC. d/b/a ZIMMER BIOMET, )<br>ZIMMER US, INC., BIOMET ORTHOPEDICS, )<br>LLC, BIOMET U.S. RECONSTRUCTION, )<br>LLC, and BIOMET MANUFACTURING, LLC, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-162-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 27] and DENIES as moot plaintiff's motion for judicial notice [D.E. 39]. Defendants may apply for costs in accordance with the Federal Rules of Civil Procedme and this court's local rules.

**This Judgment Filed and Entered on March 9, 2022, and Copies To:**

| | |
|---|---|
| Alvin L. Pittman | (via CM/ECF electronic notification) |
| Keely Morton | (via CM/ECF electronic notification) |
| Kelly Margolis Dagger | (via CM/ECF electronic notification) |
| Leslie C. Packer | (via CM/ECF electronic notification) |

DATE:  
March 9, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk